UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYDINE ANDERSON,
                        Plaintiff,

         -v-                                     20-CV-6462 (JPO)

COMMISSIONER OF SOCIAL
SECURITY,                                       ORDER
                        Defendant.

J. PAUL OETKEN, District Judge:

      By separate Order today, the Court is referring this case to the assigned Magistrate Judge for a report and recommendation on any motion for judgment on the pleadings.  In accordance with this Court's March 16, 2021 Order, the following briefing schedule applies:

- If Plaintiff wishes to file a motion for judgment on the pleadings, Plaintiff must do so **on or before May 21, 2021**.  The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

- The Commissioner must file an answer brief **on or before July 20, 2021**.

- Plaintiff may file a reply **on or before August 10, 2021**.

      Additionally, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C § 636(c), to conducting all further proceedings before a Magistrate Judge.

      If both parties consent to proceed before a Magistrate Judge, counsel for the defendant must, <u>within two weeks</u>, email to Oetken_NYSDChambers@nysd.uscourts.gov a fully executive Notice, Consent, and Reference of a Civil Action of a Civil Action to a Magistrate Judge form, a copy of which is available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.  If

1

the court approves that form, all further proceedings will then be conducted before a Magistrate Judge rather than before me.

If either party does not consent to conducting all further proceedings before a Magistrate Judge, the parties must file a joint letter, within two weeks, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. There will be no adverse consequences should the parties decide not to proceed before the Magistrate Judge.

SO ORDERED.

Dated: April 23, 2021
       New York, New York

                                                J. PAUL OETKEN
                                          United States District Judge