UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

MAYDINE ANDERSON,
                     Plaintiff,

          -v-                                   20-CV-6462 (JPO)

COMMISSIONER OF SOCIAL                ORDER ADOPTING REPORT AND
SECURITY,                                               RECOMMENDATION
                     Defendant.

─────────────────────────────────────

J. PAUL OETKEN, District Judge:

      Plaintiff filed this social security appeal seeking review of a decision under Sections 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3). The parties moved for judgment on the pleadings. (Dkt. No. 24; Dkt. No. 25.) The action was referred to Magistrate Judge Ona T. Wang for a report and recommendation. (Dkt. No. 14.) Judge Wang issued a Report and Recommendation (the "Report"), recommending that Plaintiff's motion for judgment on the pleadings be granted, and the Commissioner's cross-motion for judgment on the pleadings be denied. (Dkt. No. 26.) The Court has reviewed the Report.

      No party filed a timely objection to the Report; therefore the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Magistrate Judge Wang's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.

1

Accordingly, the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

The Clerk of Court is directed to close the motions at Docket Number 24 and 25.

SO ORDERED.

Dated: March 29, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge