UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAYDINE ANDERSON,

                     Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/30/2022

20 **CIVIL** 6462 (JPO)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, Magistrate Judge Wang's well-reasoned Report presents no such errors and is therefore fully adopted by this Court. Accordingly, the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York

      March 30, 2022

                                                               **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                    **BY:**      _KMango_

                                                                     **Deputy Clerk**